AO 442 (Rev. 10/08) Warrant for Arrest

RECEIVED
U. S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2022 MAR 23  AH 9: 12



**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
District of New Mexico

UNITED STATES OF AMERICA

v.

Estevan Antonio

WARRANT FOR ARREST
Duplicate Original
(Pursuant to Rule 41)
Case: 1084 1:18CR00449- 001MV

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Estevan Antonio and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of    ☐ Probation Violation    ☒ Supervision Release Violation
  Pretrial Release

charging him or her with absconding from the Residential Reentry Center.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable Martha Vazquez in violation of his supervised release.

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

CERTIFIED a True Copy of the
original filed in the office
of the Clerk
by _____ Deputy

| Honorable Jerry H. Ritter | 3/20/2021 @ 10:44 p.mm. |
|---|---|
| Name of Issuing Judge | Date and Time: |

| Albuquerque | |
|---|---|
| Location | United States Probation/Pretrial Services Officer |

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/21/2022 | DUSM Silas Zimmerman | |
| DATE OF ARREST | | |
| 6/27/2022 | | |