IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 1:18-cr-449-JMC

v.

ESTEVAN ANTONIO,

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
### SUPERVISED RELEASE REVOCATION HEARING

On May 9, 2023, the Court entered a notice of hearing, scheduling Defendant Estevan Antonio's supervised release revocation hearing for June 21, 2023. On June 13, 2023, Defendant's counsel filed an Unopposed Motion to Hold the Final Revocation Hearing Remotely or in the Alternative to Continue the Hearing Due to Unavailability of Defense Counsel for in Person Appearance [Doc. 79]. In that motion, Defendant's counsel informed the Court that he will be on vacation the date of the hearing and that the government does not oppose his request. Defendant's counsel also represents that Defendant agrees with the continuance and that the continuance will not prejudice him.

For good cause shown, the Court GRANTS Defendant's motion to continue (Doc. 79). Defendant and his counsel shall appear in person for Defendant's supervised release revocation hearing on **June 29, 2023, at 2:00 p.m., Third Floor Courtroom, Joe Skeen Federal Building and U.S. Courthouse, 500 North Richardson Avenue, Roswell, New Mexico 88201**.

    IT IS SO ORDERED.

2

Entered for the Court
this the 13th day of June, 2023

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Desigation