IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                         1:18-cr-449-JMC

ESTEVAN ANTONIO,

    Defendant.

### ORDER CONFIRMING THE PRONOUNCED ORDER OF THE COURT GRANTING AS FRAMED DEFENDANT'S MOTION TO ALLOW DEFENDANT TO TRANSFER FROM CUSTODY TO CENIKOR INPATIENT REHABILITATION CENTER

On February 22, 2024, Defendant Estevan Antonio filed an opposed motion to allow Defendant to transfer from custody to Cenikor Inpatient Rehabilitation Center (Doc. No. 106). In that motion, Defendant Antonio requested immediate transfer from Cibola County Correctional Center to the Cenikor Foundation in Farmington. On February 27, 2024, Defendant appeared before the Court for a revocation of supervised release hearing.

At the revocation hearing, the Court found by a preponderance of the evidence, based on Defendant's admission, that he violated the terms and conditions of his supervised release. The Court will not revoke Defendant's supervised release at this time. It will hold the Petition in abeyance for nine months or for such time as necessary for Defendant to successfully complete ninety days of inpatient rehabilitation and to successfully complete no more than six months at a residential reentry center. While at Cenikor Inpatient Rehabilitation Center, Defendant shall participate in weekly telehealth counseling for sex specific offenders provided by Counseling World. Defendant shall be released from custody upon entry of this order for purposes of being transported to Cenikor Inpatient Rehabilitation Center in Farmington, New Mexico. Ms. Kristyann

Conch shall provide transportation for Defendant and he shall report to Cenikor Inpatient Rehabilitation Center no later than 11:00 a.m. on February 28, 2024.

The Court thus GRANTS AS FRAMED Defendant's motion to transfer from custody to Cenikor Inpatient Rehabilitation Center (Doc. No. 106).

IT IS SO ORDERED.

                                                               Entered for the Court
this the 27th day of February, 2024

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation